Argued and submitted April 24, affirmed July 12, 1989

STATE ex rel OREGON TELEVISION, INC.,
*Appellant,*

*v.*

PROPHET et al,
*Respondents.*

(A8710-06284; CA A47327)

776 P2d 592

Duane A. Bosworth, Portland, argued the cause for appellant. With him on the briefs was Ragen, Tremaine, Krieger, Schmeer & Neill, Portland.

James N. Westwood, Portland, argued the cause for respondents. With him on the brief were Clifford N. Carlsen, Jr., and Miller, Nash, Wiener, Hager & Carlsen, Portland.

Before Graber, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Plaintiff obtained an alternative writ of mandamus compelling defendants either to produce certain public documents that the district attorney had ordered them to disclose under the Public Records Law, ORS 192.410 *et seq,* or to show cause why they did not produce the documents. After a hearing, defendants produced the documents. The trial court thereafter denied plaintiff's petition for costs, disbursements and attorney fees and entered a judgment of dismissal. Plaintiff appeals.

Plaintiff is not entitled to its costs, disbursements or attorney fees under ORS 192.490(3), because this action was not brought under the Public Records Law. Mandamus is not a "proceeding * * * for injunctive or declaratory relief" under that statute. ORS 192.450(2) provides:

"[I]f the [public body] continues to withhold the record or a part of it notwithstanding an order to disclose by the [district attorney], the person seeking disclosure may institute [proceedings for injunctive or declaratory relief]."

*See also* ORS 192.460.

The mandamus statute, ORS 34.110 *et seq,* makes no provision for an award of attorney fees. Moreover, plaintiff was not entitled to costs or disbursements under ORCP 68B, because it did not prevail.

Affirmed.